IN IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS,  )<br>an individual,  )<br>  )<br>  Plaintiff,  )<br>v.  )<br>  )<br>UNITED EQUITIES INCORPORATED,  )<br>a Texas Corporation,  )<br>  )<br>2ML REAL ESTATE INTERESTS, INC.,  )<br>a Texas Corporation,  )<br>  )<br>and  )<br>  )<br>BELLAIRE DEVELOPMENT  )<br>COMPANY, LLC,  )<br>a Texas Limited Liability Company,  )<br>  )<br>  Defendants.  )<br>_____  ) | Case No.:   4:20-cv-00421 |

**NOTICE OF SETTLEMENT AS TO DEFENDANT**
**2ML REAL ESTATE INTERESTS, INC.**

Plaintiff WAYNE THOMAS and Defendant 2ML REAL ESTATE INTERESTS, INC., file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently in the process of obtaining their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within ten (10) days. The action against the remaining Defendants continues.

Dated: April 13, 2020

1

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Louis I. Mussman* | */s/ Emily L. Travis* |
| Louis I. Mussman | Emily L. Travis |
| Attorney-in-charge | State Bar No. 24079229 |
| Florida Bar No. 597155 | Federal Bar No. 1358194 |
| S.D. TX No. 2274288 | Locke Lord LLP |
| Ku & Mussman, P.A. | emily.travis@lockelord.com |
| 18501 Pines Boulevard, Suite 209-A | 600 Travis St., Ste 2800 |
| Pembroke Pines, Florida 33029 | Houston, Texas 77002 |
| Telephone: (305) 891-1322 | Tel: (713) 226-1492 |
| Facsimile: (305) 891-4512 | Fax: (713) 229-2691 |
| Louis@KuMussman.com | *Counsel for Defendant* |
|  | *2ML Real Estate Interests, Inc.* |

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
4550 Post Oak Place, Suite 201
Houston, TX 77027
Tel: (713) 877-8800
Fax: (713) 877-1229
johnkgrubb@grubblegal.com

*Counsel for Plaintiff*
*Wayne Thomas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

    Emily L. Travis
    Johanna Fister Norvell
    Locke Lord LLP
    600 Travis Street, Suite 2800
    Houston, Texas 77002

*Counsel for 2ML Real Estate Interests, Inc.*

Eric Lipper
Hirsch & Westheimer
1415 Louisiana, 36th Floor,
Houston, Texas 77002
*Counsel for United Equities Incorporated and*
*Bellaire Development Company, LLC*

        By: */s/ Louis I. Mussman*
           Louis I. Mussman