IN IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS, an individual, | ) ) |
| Plaintiff, | ) Case No.: 4:20-cv-00421 ) ) |
| v. | ) ) |
| UNITED EQUITIES INCORPORATED, a Texas Corporation, | ) ) ) |
| 2ML REAL ESTATE INTERESTS, INC., a Texas Corporation, | ) ) ) |
| and | ) ) |
| BELLAIRE DEVELOPMENT COMPANY, LLC, a Texas Limited Liability Company, | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANT 2ML REAL ESTATE INTERESTS, INC.**

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice only as to Defendant 2ML REAL ESTATE INTERESTS, INC. The action against the remaining Defendants continues.

Respectfully Submitted,

By: */s/ Louis Mussman*
    Louis I. Mussman
    *Attorney-in-charge*
    S.D.Tex. Bar No. 2274288
    Ku & Mussman, P.A.
    18501 Pines Boulevard, Ste. 209-A
    Pembroke Pines, Florida 33029
    Tel: (305) 891-1322

Fax: (305) 891-4512
Louis@KuMussman.com

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
4550 Post Oak Place, Suite 201
Houston, TX 77027
Tel: (713) 877-8800
Fax: (713) 877-1229
johnkgrubb@grubblegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Emily L. Travis
Johanna Fister Norvell
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
*Counsel for 2ML Real Estate Interests, Inc.*

Eric Lipper
Hirsch & Westheimer
1415 Louisiana, 36th Floor,
Houston, Texas 77002
*Counsel for United Equities Incorporated and*
*Bellaire Development Company, LLC*

By: */s/ Louis Mussman*
    Louis I. Mussman, Esq.