**IN IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WAYNE THOMAS, | ) | |
| an individual, | ) | |
| | ) | Case No.:      4:20-cv-00421 |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED EQUITIES INCORPORATED, | ) | |
| a Texas Corporation, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BELLAIRE DEVELOPMENT | ) | |
| COMPANY, LLC, | ) | |
| a Texas Limited Liability Company, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff WAYNE THOMAS and Defendants UNITED EQUITIES INCORPORATED and BELLAIRE DEVELOPMENT COMPANY, LLC, file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case.  The parties are currently in the process of obtaining their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within ten (10) days.

Dated: May 21, 2020

Respectfully submitted,                    Respectfully submitted,

*/s/ Louis I. Mussman*                     */s/ Eric Lipper*
Louis I. Mussman                           Eric Lipper, Counsel for Defendants

1

Attorney-in-charge
Florida Bar No. 597155
S.D. TX No. 2274288
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, Florida 33029
Telephone: (305) 891-1322
Facsimile: (305) 891-4512
Louis@KuMussman.com

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
4550 Post Oak Place, Suite 201
Houston, TX 77027
Tel: (713) 877-8800
Fax: (713) 877-1229
johnkgrubb@grubblegal.com

*Counsel for Plaintiff*
*Wayne Thomas*

State Bar No. 12399000
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
Telephone: (713) 223-5181
Facsimile: (713) 223-9319
elipper@hirschwest.com

*Counsel for United Equities*
*Incorporated and*
*Bellaire Development Company, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Eric Lipper
Hirsch & Westheimer
1415 Louisiana, 36th Floor,
Houston, Texas 77002

By:    */s/ Louis I. Mussman*
       Louis I. Mussman

2