**IN IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WAYNE THOMAS,<br>an individual,<br><br>        Plaintiff,<br>v.<br><br>UNITED EQUITIES INCORPORATED,<br>a Texas Corporation,<br><br>and<br><br>BELLAIRE DEVELOPMENT<br>COMPANY, LLC,<br>a Texas Limited Liability Company,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:     4:20-cv-00421 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Wayne Thomas and Defendants United Equities Incorporated and Bellaire Development Company, LLC, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all counts and claims asserted in this matter with prejudice, with the parties to bear their own attorney's fees, costs, and expenses except as may otherwise be agreed to between the parties.

Dated: June 11, 2020

Respectfully submitted,                    Respectfully submitted,

*/s/ Louis I. Mussman*                      */s/ Eric Lipper*
Louis I. Mussman                            Eric Lipper, Counsel for Defendants
Attorney-in-charge                          State Bar No. 12399000
Florida Bar No. 597155                      Hirsch & Westheimer, P.C.
S.D. TX No. 2274288                         1415 Louisiana, 36th Floor
Ku & Mussman, P.A.                          Houston, Texas 77002
18501 Pines Boulevard, Suite 209-A          Telephone: (713) 223-5181

98260.20200241/3721325.1

2

Pembroke Pines, Florida 33029
Telephone: (305) 891-1322
Facsimile: (305) 891-4512
Louis@KuMussman.com

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
4550 Post Oak Place, Suite 201
Houston, TX 77027
Tel: (713) 877-8800
Fax: (713) 877-1229
johnkgrubb@grubblegal.com

*Counsel for Plaintiff*
*Wayne Thomas*

Facsimile: (713) 223-9319
elipper@hirschwest.com

*Counsel for United Equities Incorporated*
*and*
*Bellaire Development Company, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Eric Lipper
Hirsch & Westheimer
1415 Louisiana, 36th Floor,
Houston, Texas 77002

By:   */s/ Louis I. Mussman*
Louis I. Mussman

98260.20200241/3721325.1