United States District Court
Southern District of Texas
**ENTERED**
July 17, 2020
David J. Bradley, Clerk

## IN IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS, an individual, <br><br> Plaintiff, <br> v. <br><br> UNITED EQUITIES INCORPORATED, a Texas Corporation, <br><br> and <br><br> BELLAIRE DEVELOPMENT COMPANY, LLC, a Texas Limited Liability Company, <br><br> Defendants. | Case No.:   4:20-cv-00421 |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendants' Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice; **ORDERED AND ADJUDGED** that, except as otherwise agreed, the respective parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers this **17** day of **July**, 2020.

_____
UNITED STATES DISTRICT JUDGE

98260.20200241/3721326.1